# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| CRAIG DARNELL JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:25-mc-00004 |
| KNOX COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS OF DEFENDANT KNOX COUNTY SHERIFF'S OFFICE

Comes now the defendant, Knox County Sheriff's Office, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6), and applicable caselaw and hereby moves this Honorable Court for an Order dismissing it from this cause of action, with prejudice.

For cause, the Sheriff's Office would show that the plaintiff lacks standing to sue for injunctive relief and that his complaint fails to state a claim for damages against the Sheriff's Office upon which relief can be granted for all the reasons briefed in the separately filed memorandum of law in support of this motion.

Wherefore, for all the foregoing reasons, the Sheriff's Office requests that this Honorable Court grant its motion, dismissing it from this cause of action, with prejudice.

Respectfully submitted this 7th day of March, 2025.

/s/ Federico A. Flores
Federico A. Flores (BPR # 029806)
Deputy Law Director
Knox County

*Counsel for Defendant Knox County Sheriff's Office*

Knox County Law Director's Office
400 Main Street, Suite 612
Knoxville, TN 37902
(865) 215-2327
federico.flores@knoxcounty.org

## CERTIFICATE OF COMPLIANCE

  Undersigned hereby certifies compliance with this Honorable Court's requirement that parties confer prior to the filing of a motion to dismiss. On March 3, 2025 undersigned initiated the conferral process with plaintiff by way of email and regular mail. Undersigned and plaintiff were unable to agree on the issues raised in the motion to dismiss and supporting memorandum of law.

                /s/ Federico A. Flores
                Federico A. Flores

## CERTIFICATE OF SERVICE

  I hereby certify that on March 7, 2025 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. Parties not indicated on the court's electronic filing receipt were served with the foregoing Motion to Dismiss by United States mail at the following last known address:

    Craig Darnell Johnson, Pro Se
    1914 Skillman Street
    Suite 110 PMB 322
    Dallas, TX 75206
    Nimmyname04@gmail.com

                /s/Federico A. Flores
                Federico A. Flores