# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

**CRAIG DARNELL JOHNSON ©**,
By Special Appearance through
**Craig-Darnell:Johnson, Attorney-in-Fact**,
Plaintiff,

v.



FILED
APR 0 2 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

- **STATE OF TENNESSEE**
- **ANDREW JACKSON IV**, Individually and in his official capacity as General Sessions Court Judge
- **OFFICER BAGLEY**, Individually and in his official capacity as Tennessee Highway Patrol Officer
- **MIKE HAMMOND, ALL CLERKS**
- **CHARME P. ALLEN, ALL AGENTS**
- **GENERAL SESSIONS COURT**
- **KNOX COUNTY SHERIFF'S OFFICE**
- **TENNESSEE HIGHWAY PATROL**
- **JOHN DOE AGENTS 1–10**, acting under the authority of the above-named entities

Defendants.

## INTRODUCTORY STATEMENT AND RELIEF REQUESTED

Plaintiff, **CRAIG DARNELL JOHNSON ©**, a copyrighted entity and private party whose intellectual property is held by **BENAYAH DEFINITIVE TRUST ©**, hereby submits this civil complaint through his Attorney-in-Fact, **Craig-Darnell:Johnson**, pursuant to **42 U.S.C. § 1983** and constitutional law.

This complaint is filed in response to ongoing harm, procedural abuse, and the false claim that "no civil complaint has been filed." Pursuant to **Federal Rule of Civil Procedure 3**, a civil action commences with the filing of a complaint. Plaintiff affirms that such complaint has already been lawfully filed and constituted by:

- A **Writ of Quo Warranto**
- An **Affidavit of Financial Misconduct**

- A **Motion for Irreparable Harm**, submitted to this Court to protect against continued unlawful actions of the General Sessions Court

The Motion for Irreparable Harm was **never acknowledged or ruled upon**, and the General Sessions Court docket has **disappeared from the public record**, leaving Plaintiff with no access to information, verification, or remedy.

Furthermore, Plaintiff affirms that the required **Civil Cover Sheet** was also submitted with prior filings. **No acknowledgment or copy was returned** by the Clerk's Office. This further supports the pattern of obstruction and concealment.

Thus, under Fed. R. Civ. P. 3, the requirement for initiating a civil action has been met, and any assertion to the contrary is hereby rebutted and declared legally void.

## **RELIEF REQUESTED**

WHEREFORE, Plaintiff, by special appearance and without waiver of rights, demands the following:

1. Entry of this complaint and acknowledgment that a civil action has been properly commenced under Fed. R. Civ. P. 3;
2. Immediate judicial review and ruling on the **Motion for Irreparable Harm**, submitted as part of the original action;
3. Full restoration and public access to the **General Sessions Court docket**, and an official inquiry into its removal;
4. A declaratory judgment stating Defendants' actions constitute:
    - Constructive denial of access to court
    - Economic coercion and financial obstruction
    - Abuse of power under color of law
    - Violations of the **First, Fourth, Fifth, and Fourteenth Amendments**
5. An emergency **stay of all proceedings** in General Sessions Court related to Plaintiff;
6. An award of **One Hundred Million Dollars ($100,000,000.00) in U.S. or lawful money**, as previously demanded via Plaintiff's **Standard Form 95**, to compensate for irreparable harm, spiritual injury, financial deprivation, and civil rights violations;
7. Any further **equitable, injunctive, or declaratory relief** deemed appropriate by this Court;
8. Recognition of Plaintiff's lawful status as a private party and copyrighted entity held by **BENAYAH DEFINITIVE TRUST ©**, with **Craig-Darnell:Johnson** as **Attorney-in-Fact**, appearing without submission to foreign jurisdiction.

**Plaintiff reserves all rights, waives none.**
Submitted in honor, truth, and spiritual authority.

Executed this 27th day of March, 2025

Craig-Darnell: Johnson, Attorney in Fact

/s/ **Craig-Darnell:Johnson**
Craig-Darnell:Johnson, Attorney-in-Fact
For the intellectual property CRAIG DARNELL JOHNSON ©
For the benefit of BENAYAH DEFINITIVE TRUST ©
1914 Skillman St, Ste 110 PMB 322
Dallas, Texas 75206
nimmyname04@gmail.com
917-436-6770

> A Notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Texas            )

                          ) Scilicet

County of Dallas     )

On this __27__ day of March 2025, before me, the undersigned Notary Public, personally appeared **Craig-Darnell: Johnson**, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I __Linda Kay Williams__ hereunto set my hand and official seal.
                              Public Notary Name Here

__Linda Kay Williams__
Notary Public Signature

(Place Notary Seal Above)

My commission expires: __11/15/2025__

[Non Negotiable]                                                                 Page 3 of 3

# CERTIFICATE OF SERVICE

I, **Craig-Darnell:Johnson**, Attorney-in-Fact for the Plaintiff, do hereby certify that a true and correct copy of the foregoing **Civil Complaint for Violation of Civil Rights (42 U.S.C. § 1983)** plus additional documents was served upon the following party via **Registered U.S. Mail**, postage prepaid and properly addressed, on this 27 day of March, 2025:

**Clerk of Court**
United States District Court – Eastern District of Tennessee
Howard H. Baker Jr. U.S. Courthouse
800 Market Street, Suite 130
Knoxville, TN 37902

**Registered Mail Tracking Number:** RA 984 297 510 US

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of March, 2025.

**/s/ Craig-Darnell:Johnson**
Craig-Darnell:Johnson, Attorney-in-Fact
For the intellectual property CRAIG DARNELL JOHNSON ©
For the benefit of BENAYAH DEFINITIVE TRUST ©
1914 Skillman St, Ste 110 PMB 322
Dallas, Texas 75206
nimmyname04@gmail.com
585-465-6360