FROM:

Howard H. Baker Jr Courthouse
c/o LeAnn & Wilson, Clerk of
800 Market St, Suite 130
Knoxville, TN 37902

RECEIVED
APR 17 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

TO:

Craig Johnson
404 W. Marius
Apt 2H
Syracuse, NY 13657

-R-T-S- 130575033-1N 04/05/25
RETURN TO SENDER
ATTEMPTED -
NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER



SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

How Craig Johnson
404 W. Marius
Apt 2H

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

CERTIFIED MAIL